UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANNIE R. MEEKINS,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | Case No. C14-333 RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

The Court has considered the parties' stipulation to remand this matter, Dkt. 16., and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The parties stipulate this case should be reversed and remanded under sentence four of 42 U.S.C. § 405(g) for a de novo hearing and further administrative proceedings, including but not limited to the following:

The Appeals Council will consider issuing a combination partially-favorable decision and remand order, finding Plaintiff disabled as of December 1, 2011, remanding for further consideration of the remaining period, July 1, 2010 through November 30, 2011, and affirming the favorable portion of the ALJ's decision. However, before potentially issuing a partially-favorable decision, the Appeals Council will send the case to Medical Support Staff for a

confirming opinion regarding Listing-level severity. Upon remand, the ALJ will be directed to: if necessary, further evaluate the opinions of Drs. Monson and Kinyoun and whether Plaintiff meets or equals Listing 2.02 at any point during the period at issue; obtain medical expert evidence to assess the possibility of an earlier onset of Plaintiff's visual impairment and to assist in evaluating her physical residual functional capacity; further evaluate the medical opinions of record in determining Plaintiff's residual functional capacity for the period beginning June 30, 2010; and obtain supplemental vocational expert evidence if necessary.

Because the parties stipulate to remand, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 28th day of July, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2