1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FANNIE R. MEEKINS,

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C14-333 RSM-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court having considered the stipulated motion for remand, Dkt. 16, the Report and Recommendation of the Magistrate Judge, and the balance of the record **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3) The Clerk shall send copies of this Order to the parties.

DATED this 30 day of July 2014.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE